IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:17-CR-00262 |
| vs. | **ORDER** |
| RUBEN FABIAN-PINTADO | **(Dismissing Material Witness Warrant)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Material Witness Warrant (Doc. # 68), Criminal Number 4:17-CR-00262, filed August 9, 2017, against the Witness, Christian Rodriguez-Torres, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

October 25, 2017
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge